**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL J. ANDERSON,

            Plaintiff,

-against-

BLOOM HOCHBERG & CO., P.C. AND
IRWIN HOCHBERG,

           Defendants.

Civil Action No. 11 Civ 1954 (ER)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs to any party against any other party.

Dated: ~~February~~ March 7, 2012
New York, New York

NEIL H. GREENBERG & ASSOCIATES P.C.

By: _____
Justin M. Reilly, Esq.
*Attorneys for Plaintiff*
900 Merchants Concourse, Suite 314
Westbury, NY 11590
(516) 228-5100

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Aliza F. Herzberg, Esq.
*Attorneys for Defendants*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

SO ORDERED:

_____
~~Honorable Vincent L. Briccetti~~
~~United States District Judge~~
U.S.D.J. Edgardo Ramos

Dated: ~~February~~ 19, 2012
March
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #51601-4
DATE FILED: 3/19/2012

-7-